```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                          Case No. 17-01866-HWV
Richard Eugene Gregory, Jr.                                     Chapter 13
Kayce Ryan Gregory
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner          Page 1 of 1          Date Rcvd: Mar 20, 2018
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2018.
db/jdb        +Richard Eugene Gregory, Jr.,   Kayce Ryan Gregory,   128 Cranbrook Drive,
               Dover, PA 17315-1237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2018 at the address(es) listed below:
              Brent   Diefenderfer    on behalf of Debtor 1 Richard Eugene Gregory, Jr. bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
              Brent   Diefenderfer    on behalf of Debtor 2 Kayce Ryan Gregory bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Christos A Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,   RA-occbankruptcy6@state.pa.us
              James  Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              Steven P. Kelly    on behalf of Creditor    Quicken Loans Inc. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    Quicken Loans Inc. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    RICHARD AND KAYCE R. GREGORY<br>    a/ka KAYCE R. CAMPBELL<br>    Debtors<br><br>RICHARD AND KAYCE R. GREGORY<br>    Movants<br><br>vs.<br><br>PACIFIC UNION FINANCIAL, LLC<br><br>CHARLES J. DEHART, III, ESQUIRE<br>CHAPTER 13 TRUSTEE<br><br>DOVER TOWNSHIP<br><br>MAJOR RESTORATION SERVICES<br>    Respondents | Chapter 13<br><br>Case No. 1:17-bk-01866 |

**ORDER APPROVING SALE OF REAL PROPERTY MOTION TO SELL REAL ESTATE FREE AND CLEAR PURSUANT TO 11 U.S.C. §363(b) and §363(f)(2)**

The Motion of the Debtors Richard and Kayce R. Gregory, to Approve the Sale of Real Property Pursuant to 11 U.S.C. §363(b) and §363(f)(2) and Approve Distribution of Proceeds ("Motion") having come this day before the Court, and following notice to creditors in the above case and an opportunity for a hearing thereon, and the Court believing that the sale of the Real Property (as defined below) is in the best interests of the Debtors and their estate, and that such sale is made in good faith, and that the consideration offered is fair and reasonable; it is

**HEREBY ORDERED** that:

    1.    The Debtors, Richard and Kayce R. Gregory, are authorized to sell the Real Property located at and known as 3747 Kimberly Lane, Dover, Pennsylvania 17315 (the "Real Property"), under the terms of and pursuant to that certain Agreement between the Debtors as Sellers, and Live Ready LLC, Buyers, (the "Agreement"), and as set forth in the Motion. Such sale shall be to Buyer for the total consideration of $125,000.00 (the "Consideration").

2. All liens will attach to the proceeds in the order of their priority subject to the distribution set forth in this Order. The secured liens against the Real Property are a mortgages in favor of Pacific Union Financial.

3. The distribution of the funds generated by the sale of the Real Property shall be as follows:

   a. Any notarization or incidental filing or recording fees required to be paid by the Debtors as Sellers;

   b. Any costs associated with the preparation of the deed or normal services with respect to closing, including reasonable attorney's fees;

   c. Realty transfer tax, if any, required to be paid by Debtors, as Sellers;

   d. Payment to the appointed real estate agent in the amount of six percent (6%) of the sale consideration as a real estate commission;

   e. Payment to Pacific Union Financial of all net proceeds.

4. The sale is to a good faith purchaser and for fair market value within the meaning of 11 U.S.C. §363(m) and In re Abbotts Dairies of Pennsylvania, Inc., 788 F.2d 142 (3rd Cir. 1986).

5. The Debtors are empowered and ordered to execute any and all documents necessary to effectuate the sale of the Real Property.

6. Fed.R.Bankr. P Rule 6004(h) is not applicable, and the Real Property may be sold and purchased promptly.

7. Upon payment of the appropriate fee, the Clerk's Office shall provide the Debtor with certified copies of this Order, as are necessary to be recorded in the Office of the Recorder of Deeds of York County, Pennsylvania.

Dated: March 20, 2018

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge (LS)