# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** Richard and Kayce Gregory a/k/a Kayce R. Campbell | : | **CHAPTER** 13 |
| | : | **CASE NO.** 1-17-bk-01866 |
| **Debtor(s)** Richard and Kayce Gregory a/k/a Kayce R. Campbell | : | **ADVERSARY NO.** __-__-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. Pacific Union Financial, LLC; Charles J. Dehart, III, Esquire; Dover Township; Major Restoration Services | : | **Nature of Proceeding:** Motion to Compel |
| **Defendant(s)/Respondent(s)** | : | **Document #:** 69 |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
To allow parties to discuss resolutions.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: May 4, 2018

/s/ Brent C. Diefenderfer

Attorney for Richard and Kayce Gregory

Name: Brent C. Diefenderfer

Phone Number: 717-848-4900

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.