**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Richard Eugene Gregory Jr.**<br>**&**<br>**Kayce Ryan Gregory**<br>**aka Kayce R. Campbell**<br>**Debtor(s)** | **BK NO. 17-01866 HWV**<br><br>**Chapter 13** |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PACIFIC UNION FINANCIAL, LLC and index same on the master mailing list.

                                Respectfully submitted,

                                **/s/James C. Warmbrodt, Esquire**
                                James C. Warmbrodt, Esquire
                                KML Law Group, P.C.
                                BNY Mellon Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA  19106
                                412-430-3594