```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 17-01866-HWV
Richard Eugene Gregory, Jr.                                     Chapter 13
Kayce Ryan Gregory
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: AGarner            Page 1 of 1              Date Rcvd: May 21, 2018
                              Form ID: pdf010          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2018.
```
db/jdb       +Richard Eugene Gregory, Jr.,    Kayce Ryan Gregory,    128 Cranbrook Drive,
               Dover, PA 17315-1237
             +Dover Township,    2480 W. Canal Road,    Dover, PA 17315-3499
              Major Restoration Services,    214 E. Market Street,    York, PA 17403
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:
```
              Brent   Diefenderfer    on behalf of Debtor 2 Kayce Ryan Gregory bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com;r48835@notify.bestcase.com
              Brent   Diefenderfer    on behalf of Debtor 1 Richard Eugene Gregory, Jr. bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com;r48835@notify.bestcase.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Christos A Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,   RA-occbankruptcy6@state.pa.us
              James   Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              Steven P. Kelly    on behalf of Creditor    Quicken Loans Inc. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    Quicken Loans Inc. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    IN RE:
    RICHARD AND KAYCE GREGORY : Case No. 1:17-bk-01866
    a/k/a KAYCE R. CAMPBELL
        Debtors : Chapter 13

    RICHARD AND KAYCE R. GREGORY
        Movants

vs.

PACIFIC UNION FINANCIAL, LLC

CHARLES J. DEHART, III, ESQUIRE
CHAPTER 13 TRUSTEE

DOVER TOWNSHIP

MAJOR RESTORATION SERVICES
        Respondents

### ORDER CONTINUING HEARING WITH CONCURRENCE

UPON CONSIDERATION of a review of the within Motion to Continue Hearing with Concurrence, it is hereby

ORDERED that the hearing scheduled for May 22, 2018, at 9:30 a.m. shall be continued until June 12, 2018.

Dated: May 21, 2018

By the Court,

Henry W. Van Eck, Bankruptcy Judge (KB)

{01471570/1}