Rev. 05/09/17



# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**TRANSCRIPT ORDER FORM FOR APPEALS**

(File this form on the related case docket)

Ordering Party's Name: **James C. Warmbrodt**   Attorney Bar #: **42524**

Law Firm: **KML Law Group, P.C.**

Mailing Address: **701 Market Street, Suite 5000, Philadelphia, PA 19106**

Person to Contact: **James C. Warmbrodt**

Telephone: (**412**) **430-3594**   Email: **jwarmbrodt@kmllawgroup.com**

Bankruptcy Case #: **17-01866**   Adversary Proceeding #: **N/A**

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): **6/12/18**   Time: **9:30**

Debtor: **Richard Eugene Gregory Jr., Kayce Ryan Gregory**

Adversary Proceeding Name: **N/A**

vs. _____

**Transcript Type:**   NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

- ☐ Ordinary (30 days)
- ☐ 14 days
- ☑ Expedited (7 days)
- ☐ Daily (24 hours)

- ☑ Entire Hearing
- ☐ Ruling/Opinion of Judge only
- ☐ Testimony of Witness _____
- ☐ Other*   *(name of witness)*

* Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. Transcription rates are set by the Judicial Conference and are located here: Maximum Transcript Rates.