In re:
Richard Eugene Gregory, Jr.                                    Case No. 17-01866-HWV
Kayce Ryan Gregory                                             Chapter 13
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner          Page 1 of 1          Date Rcvd: Jun 27, 2018
                             Form ID: nthrgreq       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2018.
db/jdb           +Richard Eugene Gregory, Jr.,   Kayce Ryan Gregory,   128 Cranbrook Drive,
                  Dover, PA 17315-1237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2018 at the address(es) listed below:
        Brent  Diefenderfer   on behalf of Debtor 1 Richard Eugene Gregory, Jr. bdiefenderfer@cgalaw.com,
         tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
         m;jrosenau@cgalaw.com;r48835@notify.bestcase.com
        Brent  Diefenderfer   on behalf of Debtor 2 Kayce Ryan Gregory bdiefenderfer@cgalaw.com,
         tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
         m;jrosenau@cgalaw.com;r48835@notify.bestcase.com
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        Christos A Katsaounis   on behalf of Creditor   Commonwealth of Pennsylvania, Department of
         Revenue RA-occbankruptcy5@state.pa.us,  RA-occbankruptcy6@state.pa.us
        James  Warmbrodt   on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
        Kevin S Frankel   on behalf of Creditor   Nationstar Mortgage LLC pa-bk@logs.com
        Steven P. Kelly   on behalf of Creditor   Quicken Loans Inc. skelly@sterneisenberg.com,
         bkecf@sterneisenberg.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
        William Edward Miller   on behalf of Creditor   Quicken Loans Inc. wmiller@sterneisenberg.com,
         bkecf@sterneisenberg.com
                                                                        TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Richard Eugene Gregory Jr.

**Debtor 1**

Kayce Ryan Gregory
aka Kayce R. Campbell

**Debtor 2**

**Debtor(s)**

Pacific Union Financial, LLC
**Movant(s)**

vs.

Richard Eugene Gregory Jr.
Kayce Ryan Gregory aka Kayce R. Campbell
and
Charles J. DeHart, II, Esquire, Chapter 13 Trustee
**Respondent(s)**

Chapter: 13

Case number: 1:17−bk−01866−HWV

Document Number: 84

Matter: Motion to Reconsider Order

| | |
|---|---|
| **Notice** | |

Notice is hereby given that:

This Bankruptcy Petition was filed on May 5, 2017.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: July 17, 2018** **Time: 09:30 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: AGarner, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 27, 2018 |

nthrgreq(05/18)