United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Richard Eugene Gregory, Jr.
Kayce Ryan Gregory
    Debtors

Case No. 17-01866-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AGarner    Page 1 of 1    Date Rcvd: Jun 27, 2018
Form ID: nthrgreq    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.
db/jdb    +Richard Eugene Gregory, Jr.,    Kayce Ryan Gregory,    128 Cranbrook Drive,    Dover, PA 17315-1237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2018 at the address(es) listed below:
     Brent Diefenderfer    on behalf of Debtor 1 Richard Eugene Gregory, Jr. bdiefenderfer@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
     Brent Diefenderfer    on behalf of Debtor 2 Kayce Ryan Gregory bdiefenderfer@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
     Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
     Christos A Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
     James Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
     Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
     Steven P. Kelly    on behalf of Creditor    Quicken Loans Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov
     William Edward Miller    on behalf of Creditor    Quicken Loans Inc. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
         TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Richard Eugene Gregory Jr.

**Debtor 1**

Kayce Ryan Gregory
aka Kayce R. Campbell

**Debtor 2**

**Debtor(s)**

Chapter: 13

Case number: 1:17−bk−01866−HWV

Document Number: 85

Matter: Motion To Stay

Pacific Union Financial, LLC
**Movant(s)**

vs.

Richard Eugene Gregory Jr.
Kayce Ryan Gregory aka Kayce R. Campbell
and
Charles J. DeHart, II, Esquire, Chapter 13 Trustee
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on May 5, 2017.

A hearing on the above referenced matter has been scheduled for:

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 10, 2018 Time: 09:30 AM |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: AGarner, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: June 27, 2018

nthrgreq(05/18)