IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                          Case No. 17-01866-HWV
                                                 Chapter 13

RICHARD EUGENE GREGORY

KAYCE RYAN GREGORY
AKA KAYCE R. CAMPBELL

Debtor(s).

## NOTICE OF APPEARANCE

**Quicken Loans Inc.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven Kelly, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:      _/s/ Steven Kelly, Esquire_
          Steven Kelly, Esquire,
          Bar No: 308573
          Stern & Eisenberg, PC
          1581 Main Street, Suite 200
          The Shops at Valley Square
          Warrington, PA 18976
          Phone: (215) 572-8111
          Fax: (215) 572-5025
          skelly@sterneisenberg.com
          Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 28th day of December, 2018, to the following:

Brent Diefenderfer
CGA Law Firm
135 North George Street
York, PA 17401
bdiefenderfer@cgalaw.com
*Attorney for Debtor(s)*


Charles J. DeHart, III
8125 Adams Drive
Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
*Chapter 13 Trustee*


Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Richard Eugene Gregory
128 Cranbrook Drive
Dover, PA 17315

Kayce Ryan Gregory
aka Kayce R. Campbell
128 Cranbrook Drive
Dover, PA 17315

*Debtor(s)*


                        By:     /s/Steven Kelly, Esquire