IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Richard Eugene Gregory Jr.<br>Kayce Ryan Gregory aka Kayce R. Campbell<br><br>Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 17-01866-HWV |

## CERTIFICATE OF NO RESPONSE

I, Daniel P. Jones, attorney for Quicken Loans, LLC formerly known as (FKA) Quicken Loans Inc., hereby certify that a true and correct copy of the Motion for Relief from the Automatic Stay was sent to Debtor, counsel for the Debtor, and the Trustee, as evidenced by the Certificate of Service already of record.

In accordance with the Notice of Hearing with Response Deadline, Debtor was directed to file an answer to Movant's Motion for Relief from the Automatic Stay with the Clerk of the United States Bankruptcy Court and receipt thereof and serve said answer on said Movant and its counsel by January 11, 2020. Upon review of the docket, no answer has been filed. Accordingly, Movant is entitled to the relief requested.

STERN & EISENBERG, PC

By: /s/Daniel P. Jones
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Facsimile: (215) 572-5025
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | Chapter 13 |
|---|---|
| Richard Eugene Gregory Jr. | |
| Kayce Ryan Gregory aka Kayce R. Campbell | Bankruptcy Case: 17-01866-HWV |
| Debtor(s) | |

## CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE

I, Daniel P. Jones, Esquire, hereby certify that a true and correct copy of the within Certificate of No Response, together with this Certificate, was sent to the Debtor, counsel for the Debtor, and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on January 12, 2021 via First Class Mail.

Brent Diefenderfer
135 North George Street
York, PA 17401
bdiefenderfer@cgalaw.com
**Counsel for Debtor**

Charles J. DeHart, III
8125 Adams Drive
Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
**Bankruptcy Trustee**

Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
**US Trustee**

and by standard first-class mail postage
prepaid to:

Richard Eugene Gregory Jr.
128 Cranbrook Drive
Dover, PA 17315

Kayce Ryan Gregory aka Kayce R. Campbell
128 Cranbrook Drive
Dover, PA 17315
**Debtor(s)**

STERN & EISENBERG, PC
By: /s/Daniel P. Jones
Daniel P. Jones, Esquire
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant