United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Richard Eugene Gregory, Jr.  
Kayce Ryan Gregory  
    Debtors

Case No. 17-01866-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4  
Date Rcvd: Mar 16, 2021     Form ID: pdf010     Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Eugene Gregory, Jr., 128 Cranbrook Drive, Dover, PA 17315-1237 |
| jdb | #+ | Kayce Ryan Gregory, 128 Cranbrook Drive, Dover, PA 17315-1237 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 4917653 | + | AES/PHEAAFRN, ATTN: BANKRUPCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 4917654 | + | APEX ASSET, 1891 SANTA BARBARA DR ST, LANCASTER, PA 17601-4106 |
| 4917656 | + | BELDEN JEWELERS/STERLING JEWELERS, INC, ATTN: BANKRUPTCY, PO BOX 1799, AKRON, OH 44309-1799 |
| 4917649 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 4917657 | + | BUREAU OF ACCOUT MANAGMENT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 4955222 | + | CBY Bureau of York, Inc., 33 SOuth Duke Street, Yor, PA 17401-1485 |
| 4953197 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, PO Box 117, Columbus, OH 43216 |
| 4917663 | + | COMMERCIAL ACCEPTANCE, 2300 GETTYSBURG RD, CAMP HILL, PA 17011-7303 |
| 4949653 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5028625 | | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 5028626 | | ECMC, PO BOX 16408, St. Paul, MN 55116-0408, ECMC, PO BOX 16408 St. Paul, MN 55116-0408 |
| 4955226 | + | Gastroeterology Assoc. of York, 2690 SOuthfield Drive, York, PA 17403-4510 |
| 4917664 | + | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 4917666 | + | NATIONSTAR MORTGAGE LLC, 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019-4620 |
| 4938164 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 4917651 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 4917668 | + | PACIFIC UNION FINANCIAL, 1603 LBJ FREEWAY, FARMERS BRANCH, TX 75234-6071 |
| 4927788 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5145195 | | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226 |
| 4917650 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 4917671 | + | SHAPIRO & DENARDO, LLC, 3600 HORIZON DR # 150, KING OF PRUSSIA, PA 19406-4702 |
| 4917675 | | USAA SAVINGS BANK, PO BOX 47504, SAN ANTONIO, TX 78265 |
| 4917676 | + | WELLS FARGO BANK, ATTN: BANKRUPTCY, PO BOX 94435, ALBUQUERQUE, NM 87199-4435 |
| 4917677 | + | WELLS FARGO BANK CARD, MAC F82535-02F, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 4954986 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 4924515 | | Wells Fargo Bank, N.A. Wells Fargo Personal Lines, PO Box 10438, MAC F8235-02F, Des Moines IA 50306-0438 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4917655 | Email/Text: rmcollections@belco.org | Mar 16 2021 18:49:00 | BELCO COMMUNITY CREDIT UNION, BELCO COMMUNITY CREDIT UNION, 449 EISENHOWER BLVD., HARRISBURG, PA |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 17111 |
| 4917658 | + | Email/Text: bankruptcy@cavps.com | Mar 16 2021 18:49:00 | CALVARY PORTFOLIO SERVICES, 500 SUMMIT LAKE STE 400, VALHALLA, NY 10595-2322 |
| 4917659 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 16 2021 19:06:04 | CAPITAL ONE, ATTN: GENERAL CORRESPONDENCE/BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4917660 | + | Email/Text: bankrupt@choicerecovery.com | Mar 16 2021 18:49:00 | CHOICE RECOVERY INC, 1550 OLD HENDERSON RD STE 100, COLUMUS, OH 43220-3662 |
| 4917661 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 16 2021 18:49:00 | COMENITY BANK/MAURICES, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 4917662 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 16 2021 18:49:00 | COMENITYCAPITAL/BJSCLB, COMENITY BANK, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 4960809 | + | Email/Text: bankruptcy@cavps.com | Mar 16 2021 18:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4917652 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 16 2021 18:49:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4917665 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 16 2021 18:49:00 | KOHLS/CAPITAL ONE, KOHLS CREDIT, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 4942182 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2021 19:04:22 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4960665 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2021 18:49:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4917667 | + | Email/Text: bankruptcynotices@psecu.com | Mar 16 2021 18:49:00 | P S E C U, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 4963887 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2021 19:04:22 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4918251 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2021 19:04:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4958004 | + | Email/Text: bankruptcynotices@psecu.com | Mar 16 2021 18:49:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 4942693 | + | Email/Text: colleen.atkinson@rmscollect.com | Mar 16 2021 18:49:00 | Patient First c/o Receivables Management Systems, PO Box 8630, Richmond, VA 23226-0630 |
| 4937245 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 16 2021 18:49:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 4917669 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 16 2021 18:49:00 | QUICKN LOANS, 1050 WOODWARD AVE, DETROIT, MI 48226-3573 |
| 4955716 | | Email/Text: bnc-quantum@quantum3group.com | Mar 16 2021 18:49:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4922135 | | Email/Text: bnc-quantum@quantum3group.com | Mar 16 2021 18:49:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 4929037 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 16 2021 18:49:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 4917670 | | Email/Text: colleen.atkinson@rmscollect.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 16 2021 18:49:00 | RECEIVABLE MANAGEMENT INC, 7206 HULL RD, STE 211, RICHMOND, VA 23235 |
| 4917672 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2021 19:06:04 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 4917673 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2021 19:06:04 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 4917674 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2021 19:06:15 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 4942854 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 16 2021 19:06:13 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4955224 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 16 2021 18:49:00 | Verizon, P.O. Box 4003, Acworth, GA 30101-9004 |
| 4955225 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 16 2021 18:49:00 | Verizon, 455 Duke Drive, Franklin, TN 37067-2701 |
| 4955223 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 16 2021 18:49:00 | Verizon, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |
| 4974599 | + | Email/Text: kcm@yatb.com | Mar 16 2021 18:49:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4945802 | ##+ | Pacific Union Financial, LLC, 7880 Bent Branch Drive #100, Irving, TX 75063-6046 |
| 4917648 | ##+ | RICHARD EUGENE GREGORY, JR., KAYCE RYAN GREGORY, 128 CRANBROOK DRIVE, DOVER, PA 17315-1237 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent Diefenderfer | |

| | |
|---|---|
| | on behalf of Debtor 1 Richard Eugene Gregory Jr. bdiefenderfer@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com |
| Brent Diefenderfer | |
| | on behalf of Debtor 2 Kayce Ryan Gregory bdiefenderfer@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com |
| Charles J DeHart, III (Trustee) | |
| | TWecf@pamd13trustee.com |
| Christopher M. McMonagle | |
| | on behalf of Creditor Quicken Loans Inc. cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com |
| Christos A Katsaounis | |
| | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| Daniel Philip Jones | |
| | on behalf of Creditor Quicken Loans Inc. djones@sterneisenberg.com bkecf@sterneisenberg.com |
| James Warmbrodt | |
| | on behalf of Creditor Pacific Union Financial LLC bkgroup@kmllawgroup.com |
| Kevin S Frankel | |
| | on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com |
| Steven P. Kelly | |
| | on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |
| William Edward Miller | |
| | on behalf of Creditor Quicken Loans Inc. wmiller@friedmanvartolo.com wedwardmiller@gmail.com |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
:
: Case No. 1:17-bk-01866-HWV
Richard Eugene Gregory, Jr. :
Kayce Ryan Gregory :
a/k/a Kayce R. Campbell, :
Debtors : Chapter 13
:
:
v. :
:
Charles DeHart, III, :
Standing Chapter 13 Trustee :
Respondent :

ORDER GRANTING DEBTORS'
MOTION TO INCUR DEBT

UPON CONSIDERATION of the Motion to Incur Debt filed by the Debtor, it is hereby

ORDERED THAT the Debtor's Motion is GRANTED. Debtor Kayce (Gregory) Sykes is granted permission to incur debt to borrow the sum of $243,460.00 from Union Home Mortgage on the terms disclosed in the Motion in order to purchase residential real estate pursuant to 11 U.S.C. § 364.

Dated: March 16, 2021

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)

{01899412/1}

Case 1:17-bk-01866-HWV    Doc 128    Filed 03/18/21    Entered 03/19/21 00:36:22    Desc
Imaged Certificate of Notice    Page 5 of 5