IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    Richard Eugene Gregory Jr. | : | |
|    Kayce Ryan Gregory | : | |
|    a/k/a Kayce R. Campbell | : | Case No. 1:17-bk-01866-HWV |
|             Debtor | : | |
| | : | Motion to Incur Debt |
| | : | |
| | : | Doc. No. 136 |

## PRAECIPE TO WITHDRAW

Please withdraw the Motion for Incur Debt which was filed with this Court by Counsel for the Debtor on October 28, 2021.

                                            Respectfully submitted,

                                            CGA Law Firm, P.C.

                                            /s/ Brent C. Diefenderfer
                                            Brent C. Diefenderfer, Esquire
                                            Sup. Ct. I.D. No. 93685
                                            Counsel for Debtor
                                            135 North George Street
                                            York, PA 17401
                                            (717) 848-4900