

P.O. Box 64909, St. Paul, MN 55164-0909   P 651-221-0566   www.ecmc.org

October 26, 2022


Clerk of U.S. Bankruptcy Court
Middle District of Pennsylvania – Harrisburg
Ronald Reagan Federal Building
228 Walnut Street Room 320
Harrisburg, PA 17101-1737

RE: KAYCE R. GREGORY
SSN: XXX-XX- 9419
BANKRUPTCY CASE#:  17-01866-HWV, Court claim #4

Dear Clerk:

Please withdraw this claim filed by Educational Credit Management
Corporation (ECMC) for court claim #4 in the amount of $3,046.61 on
May 31, 2017. This debt have been paid in full through consolidation.

Thank you for your cooperation in this matter. If you have any further
questions, you may contact me at (651) 221-0566 X 115152.

Sincerely,

Qao Shoua Xiong
ECMC Senior Operations Specialist
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408