Brent C. Diefenderfer, Attorney
bdiefenderfer@cgalaw.com
Ext. 127

October 28, 2022

Mr. Terrence S. Miller
Clerk of the Bankruptcy Court
228 Walnut Street, Room 320
Harrisburg, PA 17101

Re: **Gregory, Kayce**
**Ch. 13, Case No. 1:17-bk-01866-HWV**

Dear Mr. Miller:

Please change the address of the Debtor Kayce Gregory:

New Mailing Address:
10088 McCreary Road
Shippensburg, PA 17257

Sincerely,

*/s/ Brent C. Diefenderfer*

Brent C. Diefenderfer

BCD/klb

{01458227/1}