United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                             Case No. 17-01866-HWV

Richard Eugene Gregory, Jr.                       Chapter 13

Kayce Ryan Gregory

    Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                    Page 1 of 5
Date Rcvd: Nov 10, 2022                Form ID: 3180W                     Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                 Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##                 Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Eugene Gregory, Jr., 128 Cranbrook Drive, Dover, PA 17315-1237 |
| jdb | + | Kayce Ryan Gregory, 10088 McCreary Road, Shippensburg, PA 17257-8530 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 4917654 | + | APEX ASSET, 1891 SANTA BARBARA DR ST, LANCASTER, PA 17601-4106 |
| 4917649 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 4917657 | + | BUREAU OF ACCOUT MANAGMENT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 4955222 | + | CBY Bureau of York, Inc., 33 SOuth Duke Street, Yor, PA 17401-1485 |
| 4953197 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, PO Box 117, Columbus, OH 43216 |
| 4955226 | + | Gastroeterology Assoc. of York, 2690 SOuthfield Drive, York, PA 17403-4510 |
| 4917651 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 4917671 | + | SHAPIRO & DENARDO, LLC, 3600 HORIZON DR # 150, KING OF PRUSSIA, PA 19406-4702 |
| 4924515 | | Wells Fargo Bank, N.A. Wells Fargo Personal Lines, PO Box 10438, MAC F8235-02F, Des Moines IA 50306-0438 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4917653 | + | Email/Text: bncnotifications@pheaa.org | Nov 10 2022 18:44:00 | AES/PHEAAFRN, ATTN: BANKRUPCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 4917655 | | Email/Text: rmcollections@belco.org | Nov 10 2022 18:44:00 | BELCO COMMUNITY CREDIT UNION, BELCO COMMUNITY CREDIT UNION, 449 EISENHOWER BLVD., HARRISBURG, PA 17111 |
| 4917656 | ^ | MEBN | Nov 10 2022 18:37:04 | BELDEN JEWELERS/STERLING JEWELERS, INC, ATTN: BANKRUPTCY, PO BOX 1799, AKRON, OH 44309-1799 |
| 4917658 | + | Email/Text: bankruptcy@cavps.com | Nov 10 2022 18:44:00 | CALVARY PORTFOLIO SERVICES, 500 SUMMIT LAKE STE 400, VALHALLA, NY 10595-2321 |
| 4917659 | + | EDI: CAPITALONE.COM | Nov 10 2022 23:43:00 | CAPITAL ONE, ATTN: GENERAL CORRESPONDENCE/BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4917660 | + | Email/Text: bankrupt@choicerecovery.com | Nov 10 2022 18:44:00 | CHOICE RECOVERY INC, 1550 OLD HENDERSON RD STE 100, COLUMUS, OH 43220-3662 |
| 4917661 | + | EDI: WFNNB.COM | Nov 10 2022 23:43:00 | COMENITY BANK/MAURICES, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, |

| | | | | |
|---|---|---|---|---|
| 4917662 | + | EDI: WFNNB.COM | Nov 10 2022 23:43:00 | COMENITYCAPITAL/BJSCLB, COMENITY BANK, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 4917663 | + | Email/Text: dylan.succa@commercialacceptance.net | Nov 10 2022 18:44:00 | COMMERCIAL ACCEPTANCE, 2300 GETTYSBURG RD, CAMP HILL, PA 17011-7303 |
| 4949653 | | Email/PDF: bncnotices@becket-lee.com | Nov 10 2022 18:44:40 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4960809 | + | Email/Text: bankruptcy@cavps.com | Nov 10 2022 18:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5028625 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 10 2022 18:44:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 5028626 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 10 2022 18:44:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408, ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 4917652 | | EDI: IRS.COM | Nov 10 2022 23:43:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4917664 | ^ | MEBN | Nov 10 2022 18:37:13 | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 4917665 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 10 2022 18:44:00 | KOHLS/CAPITAL ONE, KOHLS CREDIT, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 4942182 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2022 18:44:44 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4960665 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2022 18:44:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4938164 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 10 2022 18:44:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 4917666 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 10 2022 18:44:00 | NATIONSTAR MORTGAGE LLC, 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019-4620 |
| 4917667 | + | Email/Text: bankruptcynotices@psecu.com | Nov 10 2022 18:44:00 | P S E C U, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 4917668 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 10 2022 18:44:00 | PACIFIC UNION FINANCIAL, 1603 LBJ FREEWAY, FARMERS BRANCH, TX 75234-6071 |
| 4927788 | + | Email/Text: bncnotifications@pheaa.org | Nov 10 2022 18:44:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 4963887 | | EDI: PRA.COM | Nov 10 2022 23:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4918251 | + | EDI: RECOVERYCORP.COM | Nov 10 2022 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4958004 | + | Email/Text: bankruptcynotices@psecu.com | Nov 10 2022 18:44:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 4942693 | + | Email/Text: joey@rmscollect.com | Nov 10 2022 18:44:00 | Patient First c/o Receivables Management Systems, PO Box 8630, Richmond, VA 23226-0630 |
| 4937245 | | EDI: PENNDEPTREV | Nov 10 2022 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4937245 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 10 2022 18:44:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 4917669 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 10 2022 18:44:00 | QUICKN LOANS, 1050 WOODWARD AVE, DETROIT, MI 48226-3573 |
| 4955716 | | EDI: Q3G.COM | Nov 10 2022 23:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4922135 | | EDI: Q3G.COM | Nov 10 2022 23:43:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 4929037 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 10 2022 18:44:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 4917670 | | Email/Text: joey@rmscollect.com | Nov 10 2022 18:44:00 | RECEIVABLE MANAGEMENT INC, 7206 HULL RD, STE 211, RICHMOND, VA 23235 |
| 4917650 | + | Email/Text: karen.brown@treasury.gov | Nov 10 2022 18:44:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 4917672 | + | EDI: RMSC.COM | Nov 10 2022 23:43:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 4917673 | + | EDI: RMSC.COM | Nov 10 2022 23:43:00 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 4917674 | + | EDI: RMSC.COM | Nov 10 2022 23:43:00 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 4917675 | | EDI: USAA.COM | Nov 10 2022 23:43:00 | USAA SAVINGS BANK, PO BOX 47504, SAN ANTONIO, TX 78265 |
| 4942854 | + | EDI: AIS.COM | Nov 10 2022 23:43:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4955224 | + | EDI: VERIZONCOMB.COM | Nov 10 2022 23:43:00 | Verizon, P.O. Box 4003, Acworth, GA 30101-9004 |
| 4955225 | + | EDI: VERIZONCOMB.COM | Nov 10 2022 23:43:00 | Verizon, 455 Duke Drive, Franklin, TN 37067-2701 |
| 4955223 | + | EDI: VERIZONCOMB.COM | Nov 10 2022 23:43:00 | Verizon, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |
| 4917676 | + | EDI: WFFC2 | Nov 10 2022 23:43:00 | WELLS FARGO BANK, ATTN: BANKRUPTCY, PO BOX 94435, ALBUQUERQUE, NM 87199-4435 |
| 4917677 | + | EDI: WFFC2 | Nov 10 2022 23:43:00 | WELLS FARGO BANK CARD, MAC F82535-02F, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 4954986 | | EDI: WFFC2 | Nov 10 2022 23:43:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 4974599 | + | Email/Text: kcm@yatb.com | Nov 10 2022 18:44:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason**    **Name and Address**

| | | |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5504017 | *+ | Kayce Ryan Gregory, 10088 McCreary Road, Shippensburg, PA 17257-8530 |
| 5145195 | * | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226 |
| 4917648 | *+ | RICHARD EUGENE GREGORY, JR., 128 CRANBROOK DRIVE, DOVER, PA 17315-1237 |
| 4945802 | ##+ | Pacific Union Financial, LLC, 7880 Bent Branch Drive #100, Irving, TX 75063-6046 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2022                     Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 1 Richard Eugene Gregory Jr. bdiefenderfer@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Brent Diefenderfer | on behalf of Debtor 2 Kayce Ryan Gregory bdiefenderfer@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Christopher M. McMonagle | on behalf of Creditor Quicken Loans Inc. cmcmonagle@timoneyknox.com  bkecf@sterneisenberg.com |
| Christos A Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| Daniel Philip Jones | on behalf of Creditor Quicken Loans Inc. djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Pacific Union Financial LLC bkgroup@kmllawgroup.com |
| James Peter Valecko | on behalf of Creditor PSECU pitecf@weltman.com  PitEcf@weltman.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com |
| Steven P. Kelly | on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com  bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William Edward Miller | on behalf of Creditor Quicken Loans Inc. william.miller@padgettlawgroup.com  wedwardmiller@gmail.com |

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Richard Eugene Gregory Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–9177<br>EIN __–_____ | |
| Debtor 2: Kayce Ryan Gregory<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–9419<br>EIN __–_____ | |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number: 1:17–bk–01866–HWV | | |

## Order of Discharge                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard Eugene Gregory Jr.                    Kayce Ryan Gregory
                                              aka Kayce R. Campbell

**By the court:**

11/10/22                                      *Henry W. Van Eck* (signature)

                                              Henry W. Van Eck, Chief Bankruptcy
                                              Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**