UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: Richard Eugene Gregory, Jr.
Kayce Ryan Gregory                         CHAPTER 13

Debtor(s)

CASE NO: 1-17-01866HWV

## FUNDS REMITTED TO COURT

Please find hereto check number 9016056 in the amount of $ 0.14 representing unclaimed funds owed to Creditor, Gastroenterology Association of York. Trustee is remitting the funds owed to said Creditor to the U. S. Bankruptcy Court due to the fact that Trustee has been unable to locate said Creditor. Funds remitted to the address on file with the Court have been returned, and all attempts to contact Creditor to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 019-0 | GASTROENTEROLOGY ASSOCIATION YORK<br>2690 SOUTHFIELD DRIVE #A<br>YORK, PA   17403-4510 | $0.14 |

Dated: March 15, 2023

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com