# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: Richard Eugene Gregory, Jr
       Kayce Ryan Gregory                           CHAPTER 13
                           Debtor(s)

CASE NO: 1-17-01866HWV

## FUNDS REMITTED TO COURT

Please find hereto check number 9016627 in the amount of $3.51 representing unclaimed funds owed to Creditor, Gastroenterology Association of York. Trustee is remitting the funds owed to said Creditor to the U. S. Bankruptcy Court due to the fact that Trustee has been unable to locate said Creditor. Funds remitted to the address on file with the Court have been returned, and all attempts to contact <enter word Debtor or Creditor> to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 019-0 | GASTROENTEROLOGY ASSOCIATION YORK<br>2690 SOUTHFIELD DRIVE #A<br>YORK, PA  17403-4510 | $3.51 |
|  |  |  |

Dated: June 13, 2023                           /s/ Liz Joyce
                                                                 Office of the Standing Chapter 13 Trustee
                                                                 Jack N. Zaharopoulos
                                                                 Suite A, 8125 Adams Dr.
                                                                 Hummelstown, PA  17036
                                                                 Phone:  (717) 566-6097
                                                                 email: info@pamd13trustee.com