United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Richard Eugene Gregory, Jr.<br>Kayce Ryan Gregory<br>  Debtors | Case No. 17-01866-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 26, 2023 | Form ID: fnldec | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Eugene Gregory, Jr., 128 Cranbrook Drive, Dover, PA 17315-1237 |
| jdb | + | Kayce Ryan Gregory, 10088 McCreary Road, Shippensburg, PA 17257-8530 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 28, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 2 Kayce Ryan Gregory bdiefenderfer@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Brent Diefenderfer | on behalf of Debtor 1 Richard Eugene Gregory Jr. bdiefenderfer@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Christopher M. McMonagle | on behalf of Creditor Quicken Loans Inc. christopher.mcmonagle@bbs-law.com  bkecf@sterneisenberg.com |
| Christos A Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, |

| | |
|---|---|
| | RA-occbankruptcy6@state.pa.us |
| Daniel Philip Jones | |
| | on behalf of Creditor Quicken Loans Inc. djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| James Warmbrodt | |
| | on behalf of Creditor Pacific Union Financial LLC bkgroup@kmllawgroup.com |
| James Peter Valecko | |
| | on behalf of Creditor PSECU pitecf@weltman.com PitEcf@weltman.com |
| Kevin S Frankel | |
| | on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com |
| Steven P. Kelly | |
| | on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |
| William Edward Miller | |
| | on behalf of Creditor Quicken Loans Inc. william.miller@padgettlawgroup.com wedwardmiller@gmail.com |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Richard Eugene Gregory Jr., | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:17−bk−01866−HWV |
| Kayce Ryan Gregory, aka Kayce R. Campbell, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−9177    xxx−xx−9419

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

    **Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 26, 2023

**fnldec** (01/22)